```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 16305
   CORA M WYNN
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-9394

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 06/24/2008 and was confirmed 10/08/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  84.00%.

      The case was dismissed after confirmation 02/25/2009.
------------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL AUTO CREDI | SECURED VEHIC | 10412.00 | 55.56 | 1276.83 |
| CITIFINANCIAL AUTO CREDI | UNSECURED | 133.00 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | MORTGAGE ARRE | 1193.41 | .00 | 1193.41 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1187.21 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 102.10 | .00 | .00 |
| FOUNDATION EMERGENCY SER | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO MUNICIPAL EMPLOY | UNSECURED | 696.06 | .00 | .00 |
| CITIBANK USA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 4036.13 | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 933.40 | .00 | .00 |
| WELLS FARGO/CCG COLLECTI | UNSECURED | NOT FILED | .00 | .00 |
| WFFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| YESSG 3/MICHAEL REESE HO | UNSECURED | 237.16 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 2,040.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 202.20 |
| DEBTOR REFUND | REFUND | | | .00 |

```
      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    2,728.00

PRIORITY                                        .00
SECURED                                     2,470.24
     INTEREST                                  55.56
UNSECURED                                       .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 16305 CORA M WYNN

```
ADMINISTRATIVE                                                   .00
TRUSTEE COMPENSATION                                          202.20
DEBTOR REFUND                                                    .00
                         ---------------      ---------------
TOTALS                          2,728.00             2,728.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/26/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE










                         PAGE   2
          CASE NO. 08 B 16305 CORA M WYNN